UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CTK MARKETING, LLC,

                Plaintiff,

– against –

TRISTAR PRODUCTS, INC., KISHORE L. MIRCHANDANI, IMEDIA BRANDS, INC.,

                Defendants.

**ORDER**

22-cv-7998 (ER)

RAMOS, D.J.:

       In a September 26, 2023 opinion and order, this Court granted Tristar and Mirchandani's motions to dismiss, and it directed the Clerk of Court to terminate iMedia's motion to dismiss, Doc. 26, due to the automatic stay in place pursuant to Chapter 11 bankruptcy proceedings. Doc. 40. The Court stated that iMedia may re-file its motion upon the conclusion of the bankruptcy proceedings. *Id.* at 15. Since then, there has been no further activity in this case.

       The parties are therefore instructed to submit a status report by no later than October 14, 2025.

It is SO ORDERED.

Dated:   October 8, 2025
           New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.