UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CTK MARKETING, LLC,

                  Plaintiff,

        – against –

TRISTAR PRODUCTS, INC., KISHORE L.
MIRCHANDANI, IMEDIA BRANDS, INC.,

              Defendants.

**ORDER**

22-cv-7998 (ER)

RAMOS, D.J.:

      In a September 26, 2023 opinion and order, this Court granted Tristar and Mirchandani's motions to dismiss, and it directed the Clerk of Court to terminate iMedia's motion to dismiss, Doc. 26, due to the automatic stay in place pursuant to Chapter 11 bankruptcy proceedings. Doc. 40. The Court stated that iMedia may re-file its motion upon the conclusion of the bankruptcy proceedings. *Id.* at 15. After over two years without update, on October 8, 2025, this Court requested that the parties provide a status update no later by October 14, 2025. Doc. 43. The parties failed to submit an update.

      The parties are therefore directed to submit a status report by no later than February 17, 2025, and are reminded that failure to abide by court orders could subject the parties or their counsel to sanctions.

It is SO ORDERED.

Dated:   February 11, 2026
         New York, New York

                                   EDGARDO RAMOS, U.S.D.J.